| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
**Dockside at Ventura Condominium Association, Inc.**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
**59-3038018**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2580 Woodgate Blvd.** | |
| **Orlando, FL 32822** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Dockside at Ventura Condominium Association, Inc.**     Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Dockside at Ventura Condominium Association, Inc.**     Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____     Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

Debtor  **Dockside at Ventura Condominium Association, Inc.**   Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Dockside at Ventura Condominium Association, Inc.**  Case number (*if known*) _____
     Name

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/22/2025
             MM / DD / YYYY

X _[signature]_____  **Joseph Parker**_____
Signature of authorized representative of debtor  Printed name

Title  **Chairman of the Board of Directors**

---

**18. Signature of attorney**

X _[signature]_____  Date  07/25/2025
Signature of attorney for debtor          MM / DD / YYYY

**Justin M. Luna 0037131**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone  **(407) 481-5800**    Email address  **jluna@lathamluna.com**

**0037131 FL**
Bar number and State

Scanned with CamScanner

Fill in this information to identify the case:
Debtor name: **Dockside at Ventura Condominium Association, Inc.**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **33 Towing** **12001 Research Pkwy** **Orlando, FL 32826** | | | | | | **$0.00** |
| **A & H Locksmith Services LLC** **10141 Corrington Court** **Orlando, FL 32826** | | | | | | **$0.00** |
| **Acccess Residential Mgmt, LLC** **c/o Baker & Hostetler LLP** **200 S. Orange Avenue Suite 2300** **Orlando, FL 32801** | | | **Disputed** | | | **$0.00** |
| **Adams and Reese LLP** **PO Box 2153** **Dept 5208** **Birmingham, AL 35287** | | | | | | **$18,321.76** |
| **ADT Security Service Inc.** **PO Box 371878** **Pittsburgh, PA 15250** | | | | | | **$1,900.00** |
| **American Leak Detection** **910 Belle Ave Suite 1020** **Winter Springs, FL 32708** | | | | | | **$0.00** |

Debtor **Dockside at Ventura Condominium Association, Inc.**　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Aquatic Management Strategies In**<br>2909 Old WInter Garden Rd.<br>Orlando, FL 32805 | | | | | | $0.00 |
| **Archis Incorporated**<br>350 E Crown Pointe Rd<br>Suite 1100<br>Winter Garden, FL 34787 | | | | | | $0.00 |
| **Arrow Locksmith**<br>6004 S Orange Ave<br>Orlando, FL 32809 | | | | | | $0.00 |
| **Assured Partners of Florida LLC**<br>300 Colonial Center Parkway<br>Suite 270<br>Lake Mary, FL 32746 | | | | | | $0.00 |
| **AT&T**<br>PO Box 105262<br>Atlanta, GA 30348 | | | | | | $0.00 |
| **Bright Bookkeeping & Management**<br>3810 Inverrary Blvd Ste 404B<br>Fort Lauderdale, FL 33319 | | | | | | $0.00 |
| **Carmen Martinez**<br>c/o Morgan & Morgan Orlando PA<br>20 N. Orange Ave.<br>Suite 1600<br>Orlando, FL 32801 | | | **Disputed** | | | $0.00 |
| **Cart Teq LLC**<br>842 Diplomat Dr.<br>Suite 110D<br>Debary, FL 32713 | | | | | | $0.00 |
| **City of Orlando**<br>PO Box 4999<br>Orlando, FL 32802 | | | | | | $0.00 |
| **Clean Ducts of Orlando**<br>5223 E Kaley St.<br>Orlando, FL 32812 | | | | | | $0.00 |
| **Complete Restoration Solutions**<br>398 MIddle View Dr.<br>Ringgold, GA 30736 | | | | | | $0.00 |

Debtor **Dockside at Ventura Condominium Association, Inc.**　　　Case number *(if known)*
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Disaster Restoration Service LLC** <br> **PO Box 793** <br> **Ooltewah, TN 37363** | | | | | | **$507,223.41** |
| **Eagle Copier Solutions** <br> **8750 Exchange Dr. Suite 2** <br> **Orlando, FL 32809** | | | | | | **$0.00** |
| **First Insurance Funding** <br> **PO Box 7000** <br> **Carol Stream, IL 60197** | | | | | | **$0.00** |

# United States Bankruptcy Court
## Middle District of Florida

In re   Dockside at Ventura Condominium Association, Inc.   Case No. _____
                                          Debtor(s)         Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chairman of the Board of Directors** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   7/22/2025            Signature   _____
                                         Joseph Parker

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Florida**

In re __Dockside at Ventura Condominium Association, Inc.__                Case No. _____
                                    Debtor(s)                                                    Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman of the Board of Directors of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __7/22/2025__                              _____
                                                    Joseph Parker/Chairman of the Board of Directors
                                                    Signer/Title

Dockside at Ventura Condominium Association, Inc.
2580 Woodgate Blvd.
Orlando, FL 32822

Atichis Incorporated
350 E Crown Pointe Rd
Suite 1100
Winter Garden, FL 34787

Complete Restoration Solutions
398 MIddle View Dr.
Ringgold, GA 30736

Justin M. Luna
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801

Arrow Locksmith
6004 S Orange Ave
Orlando, FL 32809

Disaster Restoration Service LLC
PO Box 793
Ooltewah, TN 37363

33 Towing
12001 Research Pkwy
Orlando, FL 32826

Assured Partners of Florida LLC
300 Colonial Center Parkway
Suite 270
Lake Mary, FL 32746

Eagle Copier Solutions
8750 Exchange Dr.
Suite 2
Orlando, FL 32809

A & H Locksmith Services LLC
10141 Corrington Court
Orlando, FL 32826

AT&T
PO Box 105262
Atlanta, GA 30348

First Insurance Funding
PO Box 7000
Carol Stream, IL 60197

Acccess Residential Mgmt, LLC
c/o Baker & Hostetler LLP
200 S. Orange Avenue
Suite 2300
Orlando, FL 32801

Bright Bookkeeping & Management
3810 Inverrary Blvd
Ste 404B
Fort Lauderdale, FL 33319

Florida Dept of Health-Orange Co
1001 Executive Center Dr.
Suite 200
Orlando, FL 32803

Adams and Reese LLP
PO Box 2153
Dept 5208
Birmingham, AL 35287

Carmen Martinez
c/o Morgan & Morgan Orlando PA
20 N. Orange Ave.
Suite 1600
Orlando, FL 32801

Florida Dept of State-Div of Cor
PO Box 6198
Tallahassee, FL 32314

ADT Security Service Inc.
PO Box 371878
Pittsburgh, PA 15250

Cart Teq LLC
842 Diplomat Dr.
Suite 110D
Debary, FL 32713

Fountain Design Group Inc.
7628 NW 6 Ave.
Boca Raton, FL 33487

American Leak Detection
910 Belle Ave
Suite 1020
Winter Springs, FL 32708

City of Orlando
PO Box 4999
Orlando, FL 32802

Glaser & Sachs
3113 Sterling Rd.
Ste 201
Fort Lauderdale, FL 33312

Aquatic Management Strategies In
2909 Old WInter Garden Rd.
Orlando, FL 32805

Clean Ducts of Orlando
5223 E Kaley St.
Orlando, FL 32812

HD Supply Solutions
3400 Cumberland Blvd. SE
Atlanta, GA 30339

Dockside at Ventura Condominium Association, Inc. - - Pg. 2 of 2

| | | |
|---|---|---|
| HPG Construction LLC<br>6222 Yorktown Dr.<br>Orlando, FL 32807 | Pro Backyard Pool<br>3505 Lake Lynda Dr.<br>Ste 200<br>Orlando, FL 32817 | The Lake Doctor Inc.<br>PO Box 162134<br>Altamonte Springs, FL 32716 |
| Impact Fire<br>8750 Exchange Dr.<br>#8<br>Orlando, FL 32809 | Rainaldi Home Services<br>PO Box 574557<br>Orlando, FL 32857 | Thomas Allison PA<br>121 S Orange Ave. #840<br>Orlando, FL 32801 |
| Jordan Chris Property Mgmt<br>3649 Ventura Club Circle<br>Orlando, FL 32822 | Rebecca J. Stelow Trustee of the<br>Theresa A Lowe Rev. Trust<br>Militzok & Associates PA<br>1250 S. Pine Island Rd., Ste 225<br>Fort Lauderdale, FL 33324 | Tiaa Commercial Finance Inc.<br>PO Box 911608<br>Denver, CO 80291 |
| Joshua B. Alper, Esq.<br>7777 Glades Road<br>Suite 400<br>Boca Raton, FL 33434 | SFR Services LLC<br>7777 Glades Road<br>Suite 400<br>Boca Raton, FL 33434 | Total Enviro Services<br>3003 40th St.<br>Orlando, FL 32839 |
| Lawn Enforcement For Clermont<br>PO Box 120358<br>Clermont, FL 34712 | Sharon Shelters<br>2520 Woodgate Blvd.<br>Unit 207<br>Orlando, FL 32822 | U.S. Bank Trust National Assoc.<br>Trustee for CitiGroup Mortgage<br>Loan Trust 2021-RP5<br>1505 N. Florida Ave<br>Tampa, FL 33602 |
| Massy Pest Service<br>PO Box 547668<br>Orlando, FL 32854 | South Florida Real Estate LLC<br>7777 Glades Road<br>Suite 400<br>Boca Raton, FL 33434 | Waste Management<br>PO Box 105453<br>Atlanta, GA 30348 |
| Navitas Credit Corp.<br>PO Box 93504<br>Birmingham, AL 35204 | Spectrum<br>PO Box 7195<br>Pasadena, CA 91109 | Waste Management<br>PO Box 105453<br>Atlanta, GA 30348 |
| Orange County Tax Collector<br>PO Box 779003<br>Orlando, FL 32877 | State of Florida<br>DBPR<br>1940 N Monroe St<br>Tallahassee, FL 32399 | Waste Management<br>PO Box 105453<br>Atlanta, GA 30348 |
| Orlando Utilities Commission<br>PO Box 31329<br>Tampa, FL 33631 | Sunbelt Rentals<br>3901 West First St.<br>Sanford, FL 32771 | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Dockside at Ventura Condominium Association, Inc.**        Case No. _____
                                            Debtor(s)                Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                     $    **103,388.00**
   Prior to the filing of this statement I have received           $    **103,388.00**
   Balance Due                                                     $          **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

07/25/2025
Date

                                    *[signature]*
                                    **Justin M. Luna 0037131**
                                    *Signature of Attorney*
                                    **Latham Luna Eden & Beaudine LLP**
                                    **201 S. Orange Avenue**
                                    **Suite 1400**
                                    **Orlando, FL 32801**
                                    **(407) 481-5800  Fax: (407) 481-5801**
                                    **jluna@lathamluna.com**
                                    *Name of law firm*